JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARGARET LOVELOCK, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S, a foreign corporation; DOE SMITH'S FOOD & DRUG CENTERS, INC.'S EMPLOYEES 1-10; DOE JANITORS 1-10; DOE MAINTAINERS 1-10;  DOE PROPERTY MANAGERS 1-10; ROE JANITORIAL SERVICES 1-10; ROE MAINTENANCE SERVICES 1-10; OWNERS 1-10; DOE INDIVIDUALS 1-10, and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00042-JCM-EJY<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

WHEREAS, the parties have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MARGARET LOVELOCK, by and through her attorney of record, Matthew G. Holland, Esq., of THE COTTLE FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1. This case and all claims of MARGARET LOVELOCK against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

CLAC 6782432.1

2. That any remaining deadlines on the court's docket be vacated.

Respectfully submitted this 4th day of April, 2022.

/s/ Matthew G. Holland
MATTHEW G. HOLLAND, ESQ.
Nevada Bar No. 0010370
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
Attorneys for Plaintiff
MARGARET LOVELOCK

/s/ Jerry S. Busby
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 010911
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: April 6, 2022

2

CLAC 6782432.1